**Order entered March 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01059-CV

**CRYSTAL ANN HARRIS, Appellant**

**V.**

**VIRGINIA VANEGAS, Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-13821**

## ORDER

We **GRANT** appellant's first request for extension of time to file amended brief and

**ORDER** the brief received by the Clerk of the Court on February 28, 2014 filed as of the date of

this order.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE